UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOE L. BROWN, JR., Plaintiff, | ) | |
| v. | ) | No. 1:22-cv-01272-JRS-CSW |
| CITY OF INDIANAPOLIS DEPARTMENT OF PUBLIC WORKS, TERRY GEORGE, JERRY SCARBROUGH, RENEE SHAWHAN, STEVE PRUITT, Defendants. | ) | |

**<u>ORDER DENYING MOTION TO STRIKE</u>**

This matter is before the Court on the Parties' *Joint Motion to Strike*. (Dkt. 29). Pursuant to Fed. R. Civ. P. 12(f), "the parties request that [the Complaint], filed June 27, 2022, and [the Answer], filed February 2, 2023, be stricken from the record." (Dkt. 29 at 1). Having reviewed the submission and relevant law, the motion is hereby **DENIED WITHOUT PREJUDICE.**

Rule 12(f) allows motions to strike to be filed "either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading." Fed. R. Civ. P. 12(f)(2). The parties' motion comes over eighteen (18) months since the complaint was filed and more than eleven (11) months since the answer was filed. Therefore, it is not timely.

Even if it was, however, substantively, the motion wants for lack of justification and analysis. Rule 12(f) provides: "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." The parties have not made a sufficient showing – or any showing at all – that Complaint and the Answer are "redundant, immaterial, impertinent, and/or scandalous." Indeed, a Complaint and Answer are the very

basis of a lawsuit, including this one. Therefore, the parties have failed to show they are entitled to the requested relief.

Moreover, the requested relief – to strike from the record the Complaint and Answer – may not be relief available to the parties, even if the parties have so agreed in their settlement agreement. The Court is mindful that good cause is required to seal any part of the record in a case, and the parties' requested relief, without more explanation or analysis, approaches running afoul of these concerns. *See Citizens First Nat. Bank v. Cincinnati Ins. Co.*, 178 F.3d 943 (7th Cir. 1999). That is, even if the Court were to accept the parties' proposed order granting their motion to strike, doing so would not automatically have the effect of removing "certain filings from the public record to remove certain information and allegations from the public docket," which is the parties' stated intent. (Dkt. 29 at 1). For all of these reasons, the parties' motion is denied.

To the extent parties wish to renew their motion, they may do so by submitting an amended motion and a brief summarizing relevant authorities in support of the requested relief **by January 19, 2024.**

**SO ORDERED.**

**Date: January 4, 2024**

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**
JOE L. BROWN, JR.
5410 E. 19th St.
Indianapolis, IN 46218
(317) 993-6128
PRO SE

Mathew Rayman
OFFICE OF CORPORATION COUNSEL
CITY OF INDIANAPOLIS
200 E. Washington Street

Suite 1601
Indianapolis, IN 46204

Michael Brian Coppinger , II
200 East Washington Street
Indianapolis, IN 46220